IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Latasha R. Williams, | ) | |
| | ) | C/A No. 0:05-378-MBS-BM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **OPINION AND ORDER** |
| | ) | |
| Joanne B. Barnhart, Commissioner of Social Security,[1] | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff Latasha R. Williams brought this action pro se alleging that her application for Disability Insurance Benefits and Supplemental Security Income was unfairly denied by the Commissioner of Social Security.

In accordance with 28 U.S.C. § 636(b) and Local Rule 73.02, D.S.C., this matter was referred to United States Magistrate Judge Bristow Marchant for a Report and Recommendation. The Magistrate Judge filed a Report and Recommendation on July 1, 2005 in which he recommended that the complaint be dismissed. Plaintiff filed a response in which she requested that the captioned case be continued on September 27, 2005. Plaintiff did not make specific objections to the Report and Recommendation.

The Magistrate Judge makes only a recommendation to the court, which has no presumptive weight. Mathews v. Weber, 423 U.S. 261, 270 (1976). The responsibility for making a final determination remains with this court. Id. The district court may accept, reject, or modify, in whole or in part, the Magistrate Judge's recommendation or may recommit the matter to the Magistrate

---

[1]  Plaintiff has named the Office of Hearings and Appeals as a Defendant. The correct Defendant is the Commissioner of Social Security.

Judge with instructions. 28 U.S.C. § 636(b)(1).

The district court is obligated to conduct a *de novo* review of every portion of the Report and Recommendation to which objections have been filed. Id. However, the court need not conduct a *de novo* review when a party makes only general and conclusory objections that do not direct the court to a specific error in the Magistrate Judge's proposed findings and recommendations. Orpiano v. Johnson, 687 F.2d 44, 47-48 (4th Cir. 1982).

The court has reviewed the record thoroughly. The court adopts the Report and Recommendation and incorporates it herein by reference. Accordingly, the case is dismissed.

**IT IS SO ORDERED.**

/s/ Margaret B. Seymour
United States District Judge

Columbia, South Carolina

November 22, 2005

**NOTICE OF RIGHT TO APPEAL**

**Plaintiff is hereby notified that she has the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.**